IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BROADCAST MUSIC, INC.;
SONY/ATV SONGS, LLC
d/b/a/ SONY/ATV TREE PUBLISHING;
HOUSE OF CASH, INC.;
SHOWBILLY MUSIC; FORREST RICHARD
BETTSMUSIC; UNICHAPPELL MUSIC, INC.          PLAINTIFFS

v.                    No. 4:23-cv-1160-DPM

CREGEEN'S OF JONESBORO, LLC
d/b/a/ CREGEEN'S IRISH PUB;
JAMES B. WILLIAMS                             DEFENDANT

## JUDGMENT

Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 September 2024